Opinion issued November 2, 2007

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00934-CV






IN RE BILFINGER BERGER AG AND BILFINGER BERGER GAS AND
OIL SERVICES NIGERIA LIMITED, Relators






Original Proceeding On Petition For Writ Of Mandamus






MEMORANDUM OPINION 


By petition for writ of mandamus, relators, Bilfinger Berger AG and Bilfinger
Berger Gas and Oil Services Nigeria Limited, challenge the trial court's October 5,
2007, "Order On Plaintiffs' Motions To Compel." (1) 

We deny the petition for writ of mandamus.

 





Per Curiam


Panel consists of Justices Taft, Jennings, and Keyes. 

1. The underlying case is Shelly Fowler, et al., v. Willbros Group, Inc., et al. No. 2004-29270, in the 189th District Court of Harris County, Texas, the Honorable Bill Burke,
presiding.